**Dismissed and Opinion Filed December 12, 2024**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-24-01051-CV

**CLEARVIEW PARTNERS, L.P., Appellant**

**V.**

**HOUGHTON CAPITAL CORPORATION, Appellee**

**On Appeal from the 191st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-24-11849**

## MEMORANDUM OPINION

Before Justices Nowell, Miskel, and Breedlove
Opinion by Justice Breedlove

Stating it no longer wishes to pursue this appeal, appellant has filed a motion

to dismiss the appeal and to have costs assessed against the party incurring them.

*See* TEX. R. APP. P. 42.1(a)(1).  We grant the motion to the extent we dismiss the

appeal.  *See id.* 42.1(a)(1), (d).

241051f.p05

/Maricela Breedlove/
MARICELA BREEDLOVE
JUSTICE



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

CLEARVIEW PARTNERS, L.P.,
Appellant

No. 05-24-01051-CV     V.

HOUGHTON CAPITAL
CORPORATION, Appellee

On Appeal from the 191st Judicial
District Court, Dallas County, Texas
Trial Court Cause No. DC-24-11849.
Opinion delivered by Justice
Breedlove, Justices Nowell and
Miskel participating.

In accordance with this Court's opinion of this date, we **DISMISS** the appeal.

We **ORDER** that appellee Houghton Capital Corporation recover its costs, if any, of this appeal from appellant Clearview Partners, L.P.

Judgment entered this 12th day of December, 2024.